IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY SCOTT MINOR, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 3:08-cv-1012-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

## **ORDER**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #31) filed on February 24, 2011 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #28) entered on January 6, 2011 is adopted;

(3) The § 2255 motion filed by Minor is DENIED.

DONE this the 25th day of March, 2011.

                                                 /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE